**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FRANCISCO JAVIER MADRIGAL-CORTEZ,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>Respondents. | No. 2:26-cv-01939-RGK-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AS MODIFIED** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Respondents' Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge as modified herein.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted as modified herein.

2. The Petition is granted on the grounds that Petitioner's detention violated the Constitution.

3. The relief granted in the TRO and PI are made permanent: Respondents are enjoined from re-detaining, arresting, or removing Petitioner

absent compliance with constitutional protections~~, and are enjoined from imposing parole conditions in addition to those to which Petitioner was subject immediately prior to his detention in November 2025 absent compliance with constitutional protections.~~

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: 7/10/2026

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2