JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FRANCISCO JAVIER MADRIGAL-CORTEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>　　　　Respondents. | No. 2:26-cv-01939-RGK-BFM<br><br>**JUDGMENT**<br><br>**(as modified)** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is granted. The relief provided in the TRO and the PI is made permanent: Respondents are enjoined from re-detaining, arresting, or removing Petitioner absent compliance with constitutional ~~protections, and are enjoined from imposing parole conditions in addition to those to which Petitioner was subject immediately prior to his detention in November 2025 absent compliance with constitutional protections~~.

DATED: ___7/10/2026___

_Gary Klausner_

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE